NUTRITIONAL ADDITIVES CORPORATION, a Nevada
   corporation, and W. GLENN SEXTON, Appellants,
   v. MIN–AD, INC., a Colorado corporation,
   Respondent.

No. 8451

January 6, 1976                              544 P.2d 437

*Stanley H. Brown* and *Harold G. Albright,* Reno, for Appellants.

*Roland W. Belanger,* Lovelock, for Respondent.

## OPINION

*Per Curiam:*

The district court having on June 18, 1975, entered a preliminary injunction without requiring a bond, as contemplated by NRCP 65; and

The respondent having conceded that the district court's action was, therefore, erroneous, cf. State ex rel. Friedman v. Dist. Ct., 81 Nev. 131, 399 P.2d 632 (1965);

It is hereby ordered that the district court order granting the preliminary injunction is reversed.

Remittitur shall issue forthwith.